■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCELLUS GIBSON, Appellant. [698 NYS2d 805] —Appeal unani-

mously dismissed. Memorandum: Defendant's appeal from an order settling the record on appeal must be dismissed. There is no statutory authorization for a defendant in a criminal action to appeal from such an order (*see,* CPL 450.10; *see also, People v Fetcho,* 91 NY2d 765, 769; *People v Laing,* 79 NY2d 166, 170-171). (Appeal from Order of Monroe County Court, Connell, J.—Settle Record.) Present—Denman, P. J., Pine, Wisner, Pigott, Jr., and Callahan, JJ.